IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiffs,     )
                                )
        v.                      )        4:06CR3023
                                )
SHAWN TULL,                     )
                                )
                Defendant.      )        ORDER
                                )

        IT IS ORDERED:

        Defendant Tull's motion to continue trial, filing 49, is
denied.

        DATED this 19th day of October, 2006.

                        BY THE COURT:

                        s/ *David L. Piester*

                        David L. Piester
                        United States Magistrate Judge