IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                          Plaintiff,    )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>SHAWN TULL,                              )<br>                                                          )<br>                          Defendant.  ) | Case No. 4:06CR3023<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's Motion to Withdraw, filing 87. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Assistant Federal Public Defender Michael J. Hansen and the Federal Public Defender's office shall be permitted to withdraw as counsel of record for Mr. Tull. On November 20, 2006, Carlos Monzon entered his appearance in filing 85. **The Clerk is directed to remove Mr. Hansen from all future ECF notifications in this case.**

Dated this 21st day of November, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge