IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3023 |
| V. | ) | |
| | ) | |
| SHAWN TULL, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

I held a telephone conference with counsel today. Upon oral motion of defense counsel, and without objection from government's counsel,

IT IS ORDERED that:

(1) The defendant has until close of business on March 5, 2007, to file a motion for departure or variance based upon a physical or mental disability;

(2) Sentencing is continued to Friday, March 9, 2007, from 12:00-1:00 p.m.

January 19, 2007.   BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge