IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SHAWN TULL, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and with the agreement of counsel of record,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are rescheduled to Friday, March 16, 2007, from 12:30-1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

February 22, 2007.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge