IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3023-3 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | MEMORANDUM |
| | ) | AND ORDER |
| SHAWN TULL, | ) | |
| | ) | |
| Defendant. | ) | |

I have received a very thorough evaluation of the defendant from the Bureau of Prisons. I will provide the lawyers with a copy and give them an opportunity to submit additional motions and briefs as a result. Accordingly,

IT IS ORDERED that:

1. The Clerk of the court shall file the attached evaluation. It need not be sealed. Copies shall be provided to counsel and the probation officer.

2. By the close of business on November 9, 2007, any party may file a motion, supported by a brief, addressing any issue raised by the evaluation. If a motion is filed, it will be taken up at sentencing.

3. Sentencing is scheduled on Wednesday, November 28, 2007, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

October 12, 2007.                BY THE COURT:
                                 *S/ Richard G. Kopf*
                                 United States District Judge