IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3023-3 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| SHAWN TULL, | ) | AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Mr. Tull has filed a 2255 motion. (Filing 195.) The record also reflects that he has sought a writ of certiorari in the United States Supreme Court. (Filing 194.) Therefore,

    IT IS ORDERED that the 2255 motion will not be considered until the petition for certiorari is resolved by the United States Supreme Court. My chambers shall call this matter to my attention at that time.

    DATED this 31st day of March, 2010.

                                        BY THE COURT:

                                        *Richard G. Kopf*
                                        United States District Judge